[No. 20807. *En Banc.* February 15, 1928.]

DALE T. JONES et al., *Respondents*, v. IRVIN WHIDDEN, *Appellant.*[1]

Appeal from a judgment of the superior court for Thurston county, Wright, J., entered April 20, 1927, upon findings in favor of the plaintiffs, in an action for personal injuries, tried to the court. Reversed.

*J. W. Graham,* for appellant.

*P. L. Pendleton (W. G. Palmer,* of counsel), for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adheres to the opinion heretofore filed herein, and reported in 145 Wash. 267, 259 Pac. 724.

The judgment is therefore reversed, with directions to dismiss the action.

---

[No. 20678. *En Banc.* February 15, 1928.]

AUGUST LYBERG et al., *Appellants*, v. HENRY O. HOLZ et al.,
*Respondents.*[2]

Appeal from a judgment of the superior court for Pierce county, Chapman, J., entered November 29, 1926, upon the verdict of a jury rendered in favor of the defendants, in an action for wrongful death. Reversed.

*Guy E. Kelly, Thomas MacMahon,* and *James F. O'Brien,* for appellants.

*Lewis P. Shackleford,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adheres to the opinion heretofore filed herein, and reported in 145 Wash. 316, 259 Pac. 1087.

The judgment is therefore reversed, with directions to grant the motion for a new trial.

[1]Reported in 263 Pac. 960.
[2]Reported in 263 Pac. 960.